```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| LANITA G. MAYO, | ) |
|             Plaintiff, | ) No. CV-10-0290-CI |
| v. | ) |
| | ) ORDER GRANTING STIPULATED |
| MICHAEL J. ASTRUE, | ) MOTION TO REMAND PURSUANT TO |
| Commissioner of Social | ) SENTENCE FOUR OF 42 U.S.C. |
| Security, | ) § 405(g) |
|             Defendant. | ) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 22.) Attorney Maureen Rosette represents Plaintiff Kelly F. White; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 22)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will:

    a. update the medical record with existing evidence from the treating sources, to include medical source statements;

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

   b.   reevaluate all the medical source opinions of record, particularly the opinions by Dr. Islam-Zwart (Tr. 175-78, 179-182, 184-87, 282-87, 288-92); Dr. Christian (Tr. 236-43); Dr. Islam-Zwart and Dr. Anderson (Tr. 188-92); Dr. Bot (Tr. 170-74); Dr. Harmon (Tr. 193); Dr. Gentile (Tr. 215-28, 229-31); and Dr. Moore (Tr. 5-15, 244-57, 258-61);

   c.   further evaluate Plaintiff's subjective complaints;

   d.   evaluate the severity of Plaintiff's mental impairments pursuant to 20 C.F.R. § 416,920a;

   e.   reevaluate Plaintiff's residual functional capacity; and

   f.   obtain vocational expert evidence at step five of the sequential evaluation.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 13**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED August 17, 2011.


             S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2