**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

LANITA G. MAYO,                    )
                                   )
            Plaintiff,             )
                                   )        NO.  CV-10-0290-CI
    vs.                            )
                                   )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
Commissioner of Social Security,   )
                                   )
            Defendant.             )
                                   )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 17th day of August, 2011.

                              JAMES R. LARSEN
                              District Court Executive/Clerk


                              by:    s/Penny Lamb
                                     Deputy Clerk

cc: all counsel